# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:16-cr-00078-NONE |
|---|---|
| Plaintiff, | ) ORDER OF RELEASE |
| v. | ) |
| ROBERTO CASILLAS, JR., | ) |
| Defendant. | ) |

The Court having dismissed the petition to revoke defendant, Roberto Casillas, Jr.'s supervised release, is **ORDERED RELEASED** immediately from federal custody and REMANDED into state custody.

IT IS SO ORDERED.

Dated:  **May 8, 2020**          /s/ Jennifer L. Thurston
                                 UNITED STATES MAGISTRATE JUDGE