PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00078-JLT |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| ROBERTO CASILLAS JR., | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. A status conference was previously set for September 21, 2022.

2. By this stipulation, the above-named defendant agrees to continue this matter to October, 19, 2022 at 2 p.m.

3. Defense counsel for the defendant needs additional time to discuss a potential disposition with the defendant.

///

///

///

///

///

STIPULATION   1

IT IS SO STIPULATED.

Dated:  September 19, 2022               PHILLIP A. TALBERT
                                         United States Attorney

                                         /s/ ARIN C. HEINZ
                                         ARIN C. HEINZ
                                         Assistant United States Attorney

Dated:  September 19, 2022               /s/ ALEKXIA L. TORREE STALLINGS
                                         ALEKXIA L. TORRES STALLINGS
                                         Counsel for Defendant
                                         Roberto Casillas Jr.

## **ORDER**

IT IS SO ORDERED that the status conference is continued from September 21, 2022, to **October 19, 2022, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated:   **September 20, 2022**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE