1  **LAW OFFICE OF ALEKXIA TORRES STALLINGS**
   Alekxia Torres Stallings SBN 296418
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (661)326-0857
   Fax: (661)326-0936
4  Email: lextorres@lawtorres.com
5
   Attorney for:
6  **ROBERTO CASILLAS**

7                   UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA, | Case No. 1:16-cr-00078-JLT |
11 | Plaintiff, | |
12 | v. | <u>STIPULATION AND ORDER TO</u> |
13 | **ROBERTO CASILLAS**, | <u>CONTINUE THE SENTENCING HEARING</u> |
14 | Defendants. | |

16 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND ARIN HEINZ ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ROBERTO CASILLAS, by and through his attorney of record, Alekxia Torres Stallings hereby requesting that the sentencing hearing currently set for Friday, December 2, 2022, be continued to Friday, December 16, 2022.  Defense counsel was in an extended state trial and then on leave until November 28, 2022 and will need more time to prepare a sentencing memorandum. I have spoken to AUSA Arin Heinz, and she has no objection to continuing the matter.

1

**IT IS SO STIPULATED.**

                                        Respectfully Submitted,

DATED: November 29, 2022             */s/ Alekxia Torres Stallings*
                                                        ALEKXIA TORRES STALLINGS
                                                        Attorney for Defendant
                                                        Roberto Casillas

DATED: November 29, 2022             */s/ Arin Heinz*
                                                        ARIN HEINZ
                                                        Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the sentencing currently set for Friday, December 2, 2022, be continued to Friday, December 16, 2022.

IT IS SO ORDERED.

Dated:   **November 30, 2022**

UNITED STATES DISTRICT JUDGE

3