MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ROBERTO CASILLAS JR.,<br><br>　　　　　　　　Defendant. | CASE NO. 1:16-CR-00078-JLT<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter is set for a status conference on July 8, 2025.

2. Defense counsel requires additional time to consult with Casillas about the pending violation petition. Therefore, the defense requests to continue this matter to July 29, 2025

3. The Government does not object to the continuance.

IT IS SO STIPULATED.

///

| | |
|---|---|
| Dated:  July 8, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ ARIN C. HEINZ<br>ARIN C. HEINZ<br>Assistant United States Attorney |
| Dated:  July 8, 2025 | /s/ ROGER PONCE<br>Roger Ponce<br>Counsel for Defendant<br>Roberto Casillas |

## ORDER

For good cause shown, the parties' stipulated request to continue the status conference is GRANTED.  Accordingly, the status conference currently set for July 8, 2025, is continued to July 29, 2025, at 2:30 PM in Bakersfield (CDB) before Magistrate Judge Christopher D. Baker.

IT IS SO ORDERED.

Dated:   **July 8, 2025**

UNITED STATES MAGISTRATE JUDGE